(98 South. 706)

### Ex parte Cabe SEXTON and Bob Sexton.
### (4 Div. 100.)

(Supreme Court of Alabama. Dec. 13, 1923. Rehearing Denied Jan. 31, 1924.)

Certiorari to Court of Appeals.

Ira B. Thompson, of Luverne, and James J. Mayfield, of Montgomery, for petitioner.
Harwell G. Davis, Atty. Gen., opposed.

MILLER, J. Petition of Cabe and Bob Sexton for certiorari to the Court of Appeals to review and revise the judgment and decision there rendered in the case styled Sexton v. State, 98 South. 705.

Writ denied.

(98 South. 715)

### Ex parte D. MOULTON. (4 Div. 105.)

(Supreme Court of Alabama. Dec. 22, 1923. Rehearing Denied Jan. 31, 1924.)

Certiorari to Court of Appeals.

W. W. Sanders, of Elba, for petitioner.
Harwell G. Davis, Atty. Gen., opposed.

BOULDIN, J. Petition of D. Moulton for certiorari to the Court of Appeals to review and revise the judgment and decision there rendered in the case styled Moulton v. State, 98 South. 709.

Writ denied.